IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TERRA MARTIN,<br>612 Keefer Place, N.W.<br>Washington, D.C. 20010<br><br>    *Plaintiff*,<br><br>v.<br><br>SADIQ ALI,<br>42280 Providence Ridge Drive<br>Chantilly, VA 20152<br><br>    *Defendant*. | Civil Action No. 1:22-CV-3659 |

**DEFENDANT'S NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Sadiq Ali ("Defendant"), by and through its undersigned counsel, hereby gives notice of removal of the case styled *Terra Martin v. Sadiq Ali*, Case No. 2022 CA 004884 B, currently pending in the Superior Court of the District of Columbia, Civil Division (the "Superior Court Action"), to the United States District Court for the District of Columbia.  As grounds, Defendant states as follows:

**Factual Summary**

1. On or about October 21, 2022, Plaintiff filed a Complaint with the Superior Court for the District of Columbia, Civil Division, initiating the Superior Court Action against Defendant Sadiq Ali.  A copy of the Complaint is attached hereto and marked as **Exhibit A**.  A copy of the Summons is attached hereto and marked as **Exhibit B**.  The D.C. Superior Court issued an Initial order and Addendum.  True and correct copies of those and other related District of Columbia Superior Court filings are included as **Exhibit C**.

2. On November 16, 2022, Plaintiff attempted personal service upon Defendant.  Even if service was proper, which it was not, Defendant has filed this Notice of Removal within 30 days

from the date of Plaintiff's purported personal service. Accordingly, this removal is timely in accordance with 28 U.S.C. § 1446(b)(1).

## The Court has Original Jurisdiction Over Plaintiff's Claims

3. A civil action brought in a State court may be removed by a defendant to the district court of the United States for the district and division embracing the place where such action is pending if the district court would have original jurisdiction over the matter. See 28 U.S.C. § 1441(a). For purposes of removal, the Superior Court of the District of Columbia is considered a "State court." See 28 U.S.C. § 1451. The District of Columbia is considered a State for purposes of removal, see 28 U.S.C. § 1451, and for purposes of jurisdiction. See 28 U.S.C. § 1332(e).

4. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332(a). This action may be removed to this Court by Defendant pursuant to 28 U.S.C. § 1441, in that it is a civil action in which the matter in controversy exceeds $75,000, exclusive of interest and costs and is between citizens of different states.

5. The Superior Court for the District of Columbia is located within the District for the District of Columbia. Venue is proper in the United States District Court for the District of Columbia because it is the "district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

6. "The party seeking the exercise of diversity jurisdiction bears the burden of pleading the citizenship of each and every party to the action." *Novak v. Capital Management and Development Corp.*, 452 F.3d 902, 906 (D.C. Cir. 2007) (quotations and citations omitted).

7. Plaintiff alleges her Complaint that she is a resident of Washington, D.C. *See* **Ex. A** at p. 1 (case caption identifies Plaintiff's address as 612 Keefer Place, N.W., Washington, D.C. 20010). Plaintiff is therefore a citizen of Washington, D.C.

8. Defendant is a citizen of Virginia. Defendant resides in Chantilly, Virginia as indicated by the declaration signed by Defendant, attached hereto and marked as **Exhibit D**.[1]

9. Complete diversity of citizenship exists between Plaintiff, a citizen of the District of Columbia, and Defendant, a citizen of Virginia.

## The Amount-in-Controversy Exceeds the $75,000 Threshold

10. The sum demanded in the initial pleading shall be deemed to be the amount in controversy. 28 U.S.C. § 1446(c)(2).

11. In her initial pleading, Plaintiff has alleged damages in the amount of $100,000.00. *See* **Ex. A**, at p. 1. "When the court considers whether a claim meets the amount in controversy requirement, 'the sum claimed by the plaintiff controls if the claim is apparently made in good faith.'" *Hunter v. District of Columbia*, 384 F.Supp.2d 257, 260 (D.D.C. 2005).

12. Accordingly, because diversity citizenship exists and the amount in controversy exceeds $75,000, removal to this court is proper pursuant to 28 U.S.C. § 1332(a).

13. Concurrent with the filing and service of this Notice of Removal, Defendant has served a Notice of Filing Removal on Plaintiff, and has filed such notice with the Clerk of Court for the Superior Court for the District of Columbia. *See* Defendant's Notice of Filing Notice of Removal, attached hereto as **Exhibit E**.

14. By removing this matter, Defendant does not waive or intent to waive any defenses.

## CONCLUSION

WHEREFORE, Defendant files this Notice of Removal and respectfully requests that this Court exercise original jurisdiction over this action so that the entire court action Terra Martin v.

---

[1] The case caption on the Complaint fails to list Defendant's correct address. The address Plaintiff used was Defendant's place of employment, not his residence.

Sadiq Ali, Case No. 2022 CA 004884 B, now pending in the Superior Court for the District of Columbia, is removed to this Court for all further proceedings.

Dated:  December 7, 2022

        */s/ Ajente Kamalanathan*
Ajente Kamalanathan, D.C. Bar No. 1026178
OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, P.C.
1909 K Street, N.W., Suite 1000
Washington, D.C. 20037
Tel:  (202) 887-0855
Fax:  (202) 887-0866
Email:  ajente.kamalanathan@ogletree.com

*Counsel for Defendant Sadiq Ali*

# CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of December, 2022, I caused the foregoing to be filed with the court via the CM/ECF system, and sent a copy by First Class mail to the following *Pro Se* Plaintiff:

Terra Martin
612 Keefer Place, N.W.
Washington, DC 20010
(202) 455-7634
Terramartin26@gmail.com

*Pro Se Plaintiff*

      */s/ Ajente Kamalanathan*
Ajente Kamalanathan, D.C. Bar No. 1026178
OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, P.C.
1909 K Street, N.W., Suite 1000
Washington, D.C. 20037
Tel:  (202) 887-0855
Fax:  (202) 887-0866
Email:  ajente.kamalanathan@ogletree.com

*Counsel for Defendant Sadiq Ali*