# EXHIBIT A



**Superior Court of the District of Columbia**
CIVIL DIVISION – Civil Actions Branch
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

FILED
CIVIL ACTIONS BRANCH
OCT 21 2022
Superior Court
of the District of Columbia

Case No. 2022-CA-004884

# COMPLAINT
Jurisdiction of this Court is founded on D.C. Code § 11-921.

**PLAINTIFF:** Terra Martin
**vs**
**DEFENDANT:** Sadiq Ali

**Address:** 612 Keefer Pl NW
**Address:** 3025 V St NE

**City/State/Zip:** Washington DC 20010
**City/State/Zip:** Washington DC 20018

**Telephone Number:** 202-455-7634

**Email Address:** terramartin26@gmail.com

1. Write a short and plain statement of your claim, including any relevant facts, dates, and locations:

Sadiq on my first day called my trainer a nigger and him and the trainer got into it. Then Sadiq started he hate niggas and I said to him I'm hate by that and called the DM and told them and wrote a statement nothing happen

2. What relief are you requesting from the Court? Include any request for money damages.

I want $100,000.00 for the harassment and abuse I had to go through by him due to him hating my color

Form CA-3074 [Rev. Nov. 2017]          1          Super. Ct. Civ. R. 3

3. State any other information, of which the Court should be aware:
   I have witness and proof also to this

## SIGNATURE

To the best of my knowledge, everything in this Complaint is true and I am not filing this Complaint to harass the Defendant(s). Superior Court Civil Rules 11(b).

*Jena Martin*
**SIGNATURE**

10/21/22
**DATE**

Subscribed and sworn to before me this ___21___ day of __October__, 20_22_.

_____
Notary Public/Deputy Clerk

2