# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TERRA MARTIN,

    *Plaintiff*,

v.

SADIQ ALI,

    *Defendant*.

Civil Action No. _____

## DECLARATION OF SADIQ ALI

I, Sadiq Ali, hereby declare and state as follows:

1. I am the defendant named in the above-captioned matter. I have personal knowledge of the facts set forth in this declaration and, if called to testify as a witness, I could and would competently testify thereto.

2. I make this declaration in support of the Notice of Removal that is being filed on December 7, 2022.

3. Since September 2019, I have resided, and currently reside in Chantilly, Virginia. I plan to remain in Virginia and consider it my domicile.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 07, 2022.

                                              */s/ Sadiq Ali*
                                              Sadiq Ali

54113489.v1-OGLETREE